UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Safe Harbor Bank, LTD. (Debtor in a    **Case Number:** 11-13629    **Ch:** 15

**Matter:**
   #11; Hearing Scheduled

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

__3__Continued to: 5/13/2011 10:00 a.m. For: in Hyannis.

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____  From_____
                               Response(s) due_____  From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. See order

IT IS SO NOTED:                IT IS SO ORDERED:

                                                              Dated: 04/22/2011
_____           _____
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge