# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Safe Harbor Bank, LTD. (Debtor in a Foreign Liquid Matter:    **Case Number:** 11-13629    **Ch:** 15

#3 Emergency Motion for Provisional Order Pursuant to Sections 105 (A) and 1519 of the Bankruptcy Code and Request of Emergency Hearing.  (J. Monaghan)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____
                              Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.   See Order.

IT IS SO NOTED:                    IT IS SO ORDERED:

_____         _____Dated: 07/15/2011_____
Courtroom Deputy                   William C. Hillman, U.S. Bankruptcy Judge