# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Safe Harbor Bank, LTD. (Debtor in a Foreign Liquid        **Case Number:** 11-13629        **Ch:** 15

**Matter:**
#1 Amended Voluntary Petition

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                    IT IS SO ORDERED:

_____        _____Dated:_____
Courtroom Deputy                William C. Hillman, U.S. Bankruptcy Judge

07/15/2011